UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD THOMAS ROMERO-OSTOLAZA,  )  )  ) | |
| Plaintiff,  )  ) | |
| v.  )  ) | Civil Action No. 03-1890 (RCL) |
| THOMAS RIDGE, Secretary, Department of Homeland Security,  )  )  )  ) | |
| Defendant.  ) | |

## ORDER AND JUDGMENT

Before the court is Defendant's Motion [12] to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, for Summary Judgment. For the reasons set forth in a Memorandum Opinion issued this date, it is hereby

ORDERED that the Defendant's Motion [12] to Dismiss Plaintiff's First Amended Complaint, or in the Alternative, for Summary Judgment is GRANTED;

ORDERED that the First Amended Complaint is DISMISSED WITH PREJUDICE; and

ORDERED that judgment be entered for the defendant and against the plaintiff.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 31, 2005.